USDC SCAN INDEX SHEET










KAT    3/15/04    10:17
2:04-M -08214    USA V. DARR
*1*
*CRCMP.*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate Case No.: 04 mg 8214 |
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| vs. | 21 U.S.C. § 952 and 960 |
| Michael Anthony DARR | Importation of a Controlled Substance (Felony) |
| Arturo Gonzalez | |
| Defendant. | |

The undersigned complainant being duly sworn states:

COUNT ONE

On or about March 11, 2004, within the Southern District of California, defendant Michael Anthony DARR and Arturo GONZALEZ, did knowingly and intentionally import approximately 551.57 kilograms of marijuana a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Special Agent
Immigration and Customs Enforcement

Sworn to before me and subscribed in my presence, March 12, 2004.

ROGER T. BENITEZ
U.S. MAGISTRATE JUDGE

FILED

MAR 1 2 2004

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY

**UNITED STATES OF AMERICA**

v.

**Michael Anthony, DARR**

**Arturo GONZALEZ**

### STATEMENT OF FACTS

This statement of facts is based on the personal observations, investigation, and the information provided to Immigration and Customs Enforcement Special Agent Frank Gonzalez.

On March 11, 2004 at approximately 1000 hours, Michael Anthony DARR, and Arturo GONZALEZ, entered from Mexico into the United States through the Imperial County Sand Dunes Recreational Area. DARR was the driver of a stolen 2004 Chevrolet Tahoe bearing Arizona, license plate number 909FJF. GONZALEZ was the driver of a stolen 1999 Chevrolet Suburban bearing Arizona, license plate AC32007.

Border Patrol agents patrolling the Imperial Valley Sand Dunes Recreational Area reported the two vehicles enter into the United States illegally from Mexico by crossing the International boundary line through an area commonly used by smugglers. Border Patrol agents reported the sighting via radio with the description of the vehicles.

The vehicles exited the Imperial Sand Dunes Recreational area through a location known as the keyhole northwest of the Butter Cup Valley. The Gold Suburban was following the White Tahoe. The two vehicles entered Interstate 8 eastbound towards Yuma Arizona.

SA Gonzalez and SA Martinez were conducting surveillance of the Imperial Valley Sand Dunes area when the descriptions of the vehicles were put out via radio. SA Gonzalez and SA Martinez spotted the vehicle eastbound on Interstate 8. The White Tahoe was being followed closely by the Gold Suburban. SA Gonzalez noticed a sole male occupant driving the Gold Suburban. The rear end of the vehicle was

loaded down with excessive weight. The tires on the vehicle appeared to be having low tire pressure, which is common practice, to allow driving through the sand with ease.

SA Martinez positioned himself between the two vehicles. SA Gonzalez positioned himself behind the Gold Suburban. SA Gonzalez and SA Martinez conducted stops on the vehicles. DARR and GONZALEZ were secured and taken into custody.

While securing DARR and GONZALEZ Special Agents were able to observe large packages wrapped in brown postal tape. Special Agents were also able to smell a strong odor of marijuana coming from the interior of the vehicles.

Upon inspection of the vehicles Special Agents discovered thirty-one (31) packages concealed in the White Tahoe and sixty-two (62) packages concealed in the Gold Suburban. The one- (1) package from each vehicle was opened, revealing a green leafy substance, which field-tested positive for marijuana. The gross weight of the packages found in the White Tahoe was 331.07 kgs. (728.35 lbs.) The gross weight of the packages found in the Gold Suburban was 221.50 kgs. (487.3 lbs.). The total weight of the marijuana was 552.57 kgs. (1215 lbs.).

DARR was placed under arrest and verbally advised of his Miranda Rights, which he acknowledged and waived. DARR admitted knowledge that the vehicles contained marijuana. DARR expected to receive $3,500 for his part in the smuggling venture. DARR admitted picking up the vehicle at the same location that GONZALEZ picked up the Gold Suburban. DARR was going to deliver the White Tahoe at the Red Lobster restaurant located in Yuma Arizona. DARR admitted that they were working for the same organization.

GONZALEZ was placed under arrest and verbally advised of his Miranda Rights, which he acknowledged and waived. GONZALEZ admitted knowledge that the vehicles contained marijuana. GONZALEZ expected to get paid $1,000 for his part in the smuggling venture. GONZALEZ admitted picking up the vehicle at the same location that DARR picked up the White Tahoe. GONZALEZ was told to follow the White

Tahoe. GONZALEZ admitted working for the same organization that DARR was working for.