USDC SCAN INDEX SHEET










AXR 8/31/04 10:57
3:04-CR-00961 USA V. DARR
*24*
*CRMEMSUP.*

```
 1  BRIAN P. FUNK
    BAR NO. 110462
 2  964 fifth Avenue #214
    San Diego, CA 92101
 3  (619) 233-4076
 4
    Attorney for Defendant
 5  MICHAEL ANTOHNY DARR
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL ANTOHNY DARR<br>Defendant. | Crim No. 04CR0961-W<br><br>**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO:**<br><br>1. Compel Performance<br>2 Or set aside his plea. |

Date: 9-13-04
Time: 9:00 am

I
**MOTION FOR SPECIFIC PERFORMANCE**

On March 11, 2004 Defendant was arrested in the desert sand dunes near El Centro. Mr. Darr waived his rights and gave a full confession.

Prior to his arrest, Defendant had went to the San Ysidro Crossing and talked to a senior customs official and told them he was being threatened to cross drugs. He gave this officer the names and plates of vehicles used . He told them they were threatening his wife and kids who live in Mexico if he did not drive a load. After his arrest in March, defendant was debriefed twice in El Centro

04CR0961-W              1

outside the presence of counsel, against the advise of counsel as there was no witness to the debriefing.

Two officers named Gonzales talked to him for over three hours, and he drew maps, full details, names, locations, starting points in Mexico. Counsel was given and forwarded a phone number in Calexico where arrests could take place. Two other debriefing took place in the El Centro jail by DEA who brought photo line ups were reviewed, locations of storage bunkers were given, detail maps of drop locations in Yuma AZ with phone and addresses. Since his arrest, NINE ( 9) other persons have been seen in custody that were working with defendant prior to his arrest. More than 4 or 5 tons of drugs have been seized on the routes that defendant detailed.

## II GOVERNMENT BREACH

A plea is a contract U.S. v ANDERSON, 970 F.2d 602, 606(9th Cir)
The Government must be held to the terms of the agreement and must act in good faith
SANTOBELLO V. NEW YORK , 404 US 257, 262 (1971) It is defendants position that the government is acting in bad faith in failing to recommend the 5k1.1 adjustment.
See US v MYERES 32 F.3d 411, 412-13 (9th Cir 1994), CAMARILLO-TELLO 236 f.3D AT 1027
US v FISCH 863 F.2d 690 (9th Cir 1988)
\

### III.
### RULE 32(e) ALLOWS WITHDRAWAL
### UPON ANY FAIR AND JUST REASON

Federal rule of Criminal procedure 32 (e) states in relevant part:

"...the court may permit the plea to be withdrawn if the defendant shows any fair and just reason..."

The Court in Kercheval v. U.S., 274 U.S. 220 (1927) set forth the grounds and pre-sentence

04CR0961-W                                    2

motions are much more likely to be granted then post sentence motions. See Rule 32(d) and U.S. v. Benchimol, 738 F2d. 1001, 1003 (9th Cir. 1984)

Mr. DARR'S raises two points, First he has given more than enough assistance to qualify as "substantial" and the Government has failed.

and Second; the issue of duress, coercion or compulsion is raised by the statement he was pleading guilty with the understanding that he was 1. Eligible for safety valve or 2. The government would move to drop the mandatory Min. Under 5k1.1 That was not done.

REMEDIES

A= WITHDRAW THE GUILTY PLEA

B= SPECIFIC PERFORMANCE BEFORE A DIFFERENT JUDGE

Where the government breaches the plea, the appropriate remedy is sentencing in front of a different judge.

US V Camper 66 F.3d 229, 232-33 (9th Cir. 1995) Camarillo-Tello, 236 F.3d at 1028, US v Mondragon, 228 F. 3d 978, 981 (9th Cir. 2000)

NO HARMLESS ERROR

See Mondragon at 981, Camarillo-Tello at 1028, US v. Coleman 208 F.3d 786, 792 (9th Cir.2000)

CONCLUSION

For the reasons stated in this motion, Mr. Darr moves that this Court:

1. Require the 5K1.1 adjustment, or 2. allow him, pursuant to Fed. R. Crim. P. 32(e), to withdraw his guilty plea.

DATED: August 25, 2004    Respectfully submitted,

Brian P. Funk

04CR0961-W                                3