| | |
|---|---|
| 1 | **BRIAN P. FUNK** |
| | Attorney at Law |
| 2 | 964 Fifth Avenue, Suite 214 |
| | San Diego, California 92101 |
| 3 | Telephone No. (619) 233-4076 |
| | Facsimile No. (619) 699-5961 |
| 4 | State Bar No.: 110462 |

Attorney for Defendant,

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 04cr0961-W |
|---|---|---|
| | ) | |
| Plaintiff, | ) | **MOTION TO TERMINATE SUPERVISED RELEASE** |
| | ) | |
| vs. | ) | **DATE :4/25/11** |
| | ) | **TIME: 9:00 AM** |
| **MICHAEL A DARR** | ) | |
| | ) | |
| Defendant. | ) | |

 **MICHAEL A DARR**, the above named defendant, by and through counsel BRIAN P. FUNK, ESQ, moves the Court for an order terminating Supervised Release. This motion will be based on the Consent of Probation and Evidence presented at the time of the Hearing.

So moved.


DATE : April 7, 2011              /s/ Brian P. Funk